# Third District Court of Appeal

## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1565
Lower Tribunal No. F96-237B

————————

**Jorge Echemendia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Jorge Echemendia, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed. See Harris v. State, 21 So. 3d 864, 865 (Fla. 3d DCA 2009).